UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of Sklar Smith-Sklar
1901 N.Olden Avenue, Suite 22
Ewing, NJ 08618
Tel: 609 882-9800
Fax: 609 538-1399
Attorney for Debtor

In Re:

Lynn Ann Leonard

Order Filed on September 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-20107
Chapter: 13
Judge: Michael B. Kaplan

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 4, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____06/24/2019_____ :

Property:     1 Butts Avenue, Bordentown, NJ 08505

Creditor:     Midland Mortgage

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by  Candyce I. Smith-Sklar, Esq. , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____12/06/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Lynn Leonardo  
    Debtor  

Case No. 19-20107-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 05, 2019  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.  
db            +Lynn Leonardo,    1 Butts Avenue,    Bordentown, NJ 08505-2213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:  
           Albert    Russo    docs@russotrustee.com  
           Candyce Ilene Smith-Sklar     on behalf of Debtor Lynn    Leonardo mail@njpalaw.com,  
            r56958@notify.bestcase.com  
           Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           John R. Morton, Jr.     on behalf of Creditor    Ford Motor Credit Company LLC., servicer for CAB EAST LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
           Kevin Gordon McDonald     on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 6