Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–20107–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lynn Leonardo
1 Butts Avenue
Bordentown, NJ 08505

Social Security No.:
xxx–xx–0987

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on May 19, 2019 and a confirmation hearing on such Plan has been scheduled for September 17, 2019.

The debtor filed a Modified Plan on September 16, 2019 and a confirmation hearing on the Modified Plan is scheduled for October 23, 2019 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 17, 2019
JAN: wdr

Jeanne Naughton
Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey

In re:                                                          Case No. 19-20107-MBK
Lynn Leonardo                                                   Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Sep 17, 2019
                              Form ID: 186             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db             +Lynn Leonardo,    1 Butts Avenue,    Bordentown, NJ 08505-2213
cr             +Ford Motor Credit Company LLC., servicer for CAB E,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
lm              Midland Mortgage,    PO Box 26648,   Oklahoma City, OK 73126-0648
518253700      +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,   Kennesaw, GA 30156-9239
518253702      +Bordentown Sewerage Authority,    PO Box 396,    954 Farnsworth Avenue,
                 Bordentown, NJ 08505-2142
518261060     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Co,    POB 62180,   Colorado Springs, CO  80962)
518253705      +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
                 Omaha, NE 68154-8000
518253709      +MOHELA/Debt of Ed,   Attn: Bankruptcy,    633 Spirit Dr,    Chesterfield, MO 63005-1243
518253707      +MidFirst Bank,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Ste 406,
                 Westmont, NJ 08108-2812
518311566      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518253708      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
518253710      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,   Princeton, NJ 08540-1515
518464364      +US Bank NA,    Att; Rushmore Loan Management,    POB 55004,   Irvine, CA 92619-5004
518256419      +US Department of Education/MOHELA,    633 Spirit Dr,   Chesterfield, MO 63005-1243
518253713      +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,   Saint Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2019 23:27:47      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2019 23:27:44      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518253703      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 23:24:01      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518271454      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2019 23:35:52
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518253704      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 23:24:01
                 Capital One Bank, USA,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
518369866       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 23:25:17
                 Portfolio Recovery Associates, LLC,   c/o Toys "r"us Credit Card,    POB 41067,
                 Norfolk VA 23541
518253711      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 23:24:29      Syncb/Toys R Us,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
518253869      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 23:24:29      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518253712      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 23:24:29      Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518259536*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                 Detroit, MI 48255-0953)
518253706*     +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
                 Omaha, NE 68154-8000
518253701     ##+AmeriHome Mortgage,    Attn: Bankruptcy,    21215 Burbank Blvd, 4th Floor,
                 Woodland Hills, CA 91367-7091
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Sep 17, 2019
                              Form ID: 186             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Candyce Ilene Smith-Sklar     on behalf of Debtor Lynn   Leonardo mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company LLC., servicer for CAB
               EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```