Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–20107–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lynn Leonardo
   1 Butts Avenue
   Bordentown, NJ 08505

Social Security No.:
   xxx–xx–0987

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/4/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 4, 2020
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lynn Leonardo  
    Debtor

Case No. 19-20107-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Mar 04, 2020  
                         Form ID: 148      Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.

```
db              +Lynn Leonardo,    1 Butts Avenue,    Bordentown, NJ 08505-2213
cr              +Ford Motor Credit Company LLC., servicer for CAB E,    P.O. Box 62180,
                  Colorado Springs, CO 80962-2180
lm               Midland Mortgage,    PO Box 26648,    Oklahoma City, OK  73126-0648
518253700       +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
518253702       +Bordentown Sewerage Authority,    PO Box 396,    954 Farnsworth Avenue,
                  Bordentown, NJ 08505-2142
518253709       +MOHELA/Debt of Ed,    Attn: Bankruptcy,    633 Spirit Dr,    Chesterfield, MO 63005-1243
518253707       +MidFirst Bank,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Ste 406,
                  Westmont, NJ 08108-2812
518311566       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518253708       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                  Oklahoma City, OK 73126-0648
518253710       +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518464364       +US Bank NA,    Att; Rushmore Loan Management,    POB 55004,    Irvine, CA 92619-5004
518256419       +US Department of Education/MOHELA,    633 Spirit Dr,    Chesterfield, MO 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 23:39:15     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 23:39:11      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518253703       +EDI: CAPITALONE.COM Mar 05 2020 04:13:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
518271454       +EDI: AIS.COM Mar 05 2020 04:08:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
518253704       +EDI: CAPITALONE.COM Mar 05 2020 04:13:00      Capital One Bank, USA,    P.O. Box 30285,
                  Salt Lake City, UT 84130-0285
518261060        EDI: FORD.COM Mar 05 2020 04:08:00      Ford Motor Credit Co,    POB 62180,
                  Colorado Springs, CO  80962
518259536        EDI: FORD.COM Mar 05 2020 04:08:00      Ford Motor Credit Company LLC,    Dept. 55953,
                  PO Box 55000,    Detroit, MI 48255-0953
518253705       +EDI: FORD.COM Mar 05 2020 04:08:00      Lincoln Automotive Financial Service,    Attn: Bankruptcy,
                  Po Box 542000,    Omaha, NE 68154-8000
518369866        EDI: PRA.COM Mar 05 2020 04:08:00      Portfolio Recovery Associates, LLC,
                  c/o Toys "r"us Credit Card,    POB 41067,    Norfolk VA 23541
518253711       +EDI: RMSC.COM Mar 05 2020 04:13:00      Syncb/Toys R Us,    Attn: Bankruptcy,    Po Box 965060,
                  Orlando, FL 32896-5060
518253869       +EDI: RMSC.COM Mar 05 2020 04:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
518253712       +EDI: RMSC.COM Mar 05 2020 04:13:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                  Po Box 965060,    Orlando, FL 32896-5060
518253713       +EDI: ECMC.COM Mar 05 2020 04:13:00      US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,
                  Saint Paul, MN 55116-0448
                                                                                                TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518253706*      +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
                  Omaha, NE 68154-8000
518253701      ##+AmeriHome Mortgage,    Attn: Bankruptcy,    21215 Burbank Blvd, 4th Floor,
                  Woodland Hills, CA 91367-7091
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-3         User: admin              Page 2 of 2            Date Rcvd: Mar 04, 2020
                             Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Candyce Ilene Smith-Sklar    on behalf of Debtor Lynn   Leonardo mail@njpalaw.com,
           r56958@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC., servicer for CAB
           EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```